**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ANDREW SCHUMAN, | |
| **Plaintiff,** | CIVIL ACTION NO:  3:18-cv-05565 |
| v. | |
| GT'S LIVING FOODS, LLC, MILLENNIUM PRODUCTS, INC., MILLENNIUM PRODUCTS, LLC, WEGMANS FOOD MARKETS, INC., AND XYZ CORP 1-10, (THEIR NAMES BEING FICTITIOUS AND UNKNOWN AT THIS TIME), | |
| **Defendants.** | |

**CORPORATE DISCLOSURE STATEMENT OF DEFENDANT,**
**GT'S LIVING FOODS, LLC F/K/A MILLENNIUM PRODUCTS, LLC**
**F/K/A MILLENNIUM PRODUCTS, INC.**

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for

Defendant, GT's Living Foods, LLC f/k/a Millennium Products, LLC f/k/a Millennium

Products, Inc., a private non-governmental party, hereby certifies that no parent

corporation or publicly held corporation owns 10% or more of its stock.

**CLARK & FOX**


BY:   s/ Michael S. Savett

Michael S. Savett, Esquire
Attorney for Defendant,
Millennium Products, Inc.
951 Haddonfield Rd., Suite A-2B
Cherry Hill, NJ 08002

Dated:  April 23, 2018