## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

**ECKERT SEAMANS CHERIN & MELLOTT, LLC**
Jason S. Feinstein, Esq.
Nicholas M. Gaunce, Esq.
*Physical Address:* 2000 Lenox Drive, Suite 203, Lawrenceville, NJ 08648
*Mailing Address:* P.O. Box 5404, Princeton, NJ 08543
Telephone: (609) 392-2100
Facsimile: (609) 392-7956
*Attorneys for Defendant, Wegmans Food Markets, Inc.*

| | |
|---|---|
| ANDREW SCHUMAN, <br><br> Plaintiff, <br><br> v. <br><br> GT'S LIVING FOODS, LLC, MILLENNIUM PRODUCTS, INC., MILLENNIUM PRODUCTS, LLC, WEGMANS FOOD MARKETS, INC.; AND XYZ CORP 1-10, (THEIR NAMES BEING FICTITIOUS AND UNKNOWN AT THIS TIME), <br><br> Defendants. | CIVIL ACTION NO.: 3:18-cv-05565 <br><br> Civil Action <br><br> **CORPORATE DISCLOSURE STATEMENT OF DEFENDANT, WEGMANS FOOD MARKETS, INC.** |

Pursuant to Fed. R. Civ. P. 7.1, Defendant, Wegmans Food Markets, Inc. ("Wegmans"), by and through its counsel, certifies that:

1.  Wegmans has no parent company; and

2.  No publicly-owned corporation owns 10% or more of Wegmans' stock.

**ECKERT SEAMANS CHERIN & MELLOTT, LLC**
*Attorneys for Defendant, Wegmans Food Markets, Inc.*

By: /s/ Nicholas M. Gaunce
Nicholas M. Gaunce

Dated: May 14, 2018

1

## CERTIFICATE OF FILING AND SERVICE

Pursuant to 28 U.S.C. § 1746, I, Nicholas M. Gaunce, hereby certify that, on this 14th day of

May 2018, I electronically filed through the Court's ECF system the above pleading and that I

served a true and correct copy of the foregoing electronically and by first-claim mail upon the

following:

Noel Rivers, Esq.
Rivers Law Firm LLC
77 Hudson Street
Hackensack, New Jersey 07601
(201) 744-4321
*Attorneys for Plaintiff, Andrew Schuman*

- and -

Michael S. Savett, Esq.
Clark & Fox
951 Haddonfield Road, Suite A-2B
Cherry Hill, NJ 08002
*Attorneys for Defendants Millennium Products, Inc.*

By:     /s/ Nicholas M. Gaunce
        Nicholas M. Gaunce

Dated: May 14, 2018